**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

JESSE WHITE,

      Plaintiff,                      CIVIL ACTION NO. 10-CV-12604

vs.

                                        DISTRICT JUDGE STEPHEN J. MURPHY, III

MORTGAGE ELECTRONIC         MAGISTRATE JUDGE MONA K. MAJZOUB
REGISTRATION SYSTEMS, INC.,

      Defendant.
_____/

**ORDER DENYING PLAINTIFF'S MOTION FOR FINAL PRETRIAL CONFERENCE
(DOCKET NO. 23)**

      This matter comes before the Court on the Motion for Final Pretrial Conference filed by Plaintiff on February 24, 2011.  (Docket no. 23).  Defendant filed a response.  (Docket no. 24).  All pretrial matters have been referred to the undersigned for action.  (Docket no. 17).  The Court dispenses with oral argument on the motion pursuant to E.D. Mich. LR 7.1(f).  This matter is now ready for ruling pursuant to 28 U.S.C. § 636(b)(1)(A).

      Plaintiff asks the Court for a Final Pretrial Conference "because Defendant has not shown reasons to deny [Plaintiff's] claim."  (Docket no. 23).  The Court has not yet entered a Scheduling Order in this case.  Defendant filed a Motion for Summary Judgment on November 2, 2010.  (Docket no. 12).  Plaintiff filed a Motion for Summary Judgment on December 7, 2010.  The cross motions for Summary Judgment are fully briefed and are pending before the Court.  The Court will enter a Scheduling Order setting a date for the Final Pretrial Conference at a future date if appropriate.

      **IT IS THEREFORE ORDERED** that Plaintiff's Motion for Final Pretrial Conference

(docket no. 23) is **DENIED**.

## NOTICE TO THE PARTIES

Pursuant to Federal Rule of Civil Procedure 72(a), the parties have a period of fourteen days from the date of this Order within which to file any written appeal to the District Judge as may be permissible under 28 U.S.C. § 636(b)(1).


Dated: April 20, 2011              s/ Mona K. Majzoub
                                   MONA K. MAJZOUB
                                   UNITED STATES MAGISTRATE JUDGE


## PROOF OF SERVICE

I hereby certify that a copy of this Order was served upon Jesse White and Counsel of Record on this date.

Dated: April 20, 2011              s/ Lisa C. Bartlett
                                   Case Manager