UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JESSE and KIMBERLY WHITE,

    Plaintiffs,                        Case No. 10-cv-12604

v.                                    HONORABLE STEPHEN J. MURPHY, III

MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS INC.,

    Defendant.

_____/

## **JUDGMENT**

**IT IS ORDERED AND ADJUDGED** that pursuant to this Court's Opinion and Order dated July 25, 2011, the case is **DISMISSED WITH PREJUDICE**.

Dated at Detroit, Michigan this 25th day of July.

                                          DAVID J. WEAVER
                                          CLERK OF THE COURT

                                    BY: s/C. Cohron

APPROVED:

s/Stephen J. Murphy, III
STEPHEN J. MURPHY, III
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 25, 2011, by electronic and/or ordinary mail.

                          s/Carol Cohron
                          Case Manager